UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMIN MALEKI JAHAN,<br><br>        Plaintiff,<br><br>    v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>        Defendants. | Case No. 22-cv-06890-DMR<br><br>**ORDER TO SHOW CAUSE RE: SERVICE OF COMPLAINT** |

Plaintiff Samin Maleki Jahan filed the complaint on November 4, 2022.  It appears that the summons and complaint have not yet been served on Defendants.  Pursuant to Federal Rule of Civil Procedure 4(m), the court must dismiss an action without prejudice if a defendant is not served within 90 days after the complaint is filed.  Accordingly, Plaintiff is hereby ORDERED to show cause in writing by no later than February 22, 2023 why this action should not be dismissed without prejudice for failure to serve the summons and complaint on Defendants.

**IT IS SO ORDERED.**

Dated: February 15, 2023



Donna M. Ryu
United States Magistrate Judge